JOSHUA A. SLIKER, ESQ.
Nevada Bar No. 12493
AMANDA PATANAPHAN, ESQ.
Nevada Bar No. 15080
**JACKSON LEWIS P.C.**
300 S. Fourth Street, Suite 900
Las Vegas, Nevada 89101
Telephone: (702) 921-2460
Email: joshua.sliker@jacksonlewis.com
Email: amanda.patanaphan@jacksonlewis.com

*Attorney for Defendant*
*JKG Fitness, Inc.*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| JEROME JIBREEL WRIGHT, II,<br><br>Plaintiff,<br><br>vs.<br><br>JKG FITNESS, INC. dba PLANET FITNESS, a Nevada limited liability company; Unknown Male Sales Employee of PLANET FITNESS; Unknown Female Manager of PLANET FITNESS; DOE INDIVIDUALS 1 through 10; ROE CORPORATIONS 1 through 10; inclusive,<br><br>Defendants. | Case No.<br><br>**NOTICE TO FEDERAL COURT OF REMOVAL OF CIVIL ACTION FROM STATE COURT** |

Pursuant to 28 U.S.C. § 1441, named Defendant, JKG FITNESS, INC. ("Defendant"), hereby notifies the Court of the removal of *JEROME JIBREEL WRIGHT, II v. JKG FITNESS, INC., a Nevada corporation; Unknown Male Sales Employee of PLANET FITNESS; Unknown Female Manager of PLANET FITNESS; DOE INDIVIDUALS 1 through 10; ROE CORPORATIONS 1 through 10*; *inclusive*, Case No. A-24-909041-C, which was filed in the Eighth Judicial District Court in Clark County, Nevada. In support of said removal, Defendants state as follows:

1.    On December 30, 2024, Plaintiff Jerome Jibreel Wright, II ("Plaintiff") commenced an action in the Eighth Judicial District Court of Clark County, Nevada, entitled *JEROME JIBREEL WRIGHT, II v. JKG FITNESS, INC., a Nevada corporation; Unknown Male*

Jackson Lewis P.C.
Las Vegas

*Sales Employee of PLANET FITNESS; Unknown Female Manager of PLANET FITNESS; DOE INDIVIDUALS 1 through 10; ROE CORPORATIONS 1 through 10*; *inclusive.* A copy of the Complaint is attached hereto as **Exhibit 1**.

2.     On January 17, 2025, Defendant JKG Fitness, Inc. was served with a copy of the Summons and Complaint issued by the State Court on December 30, 2024. A copy of the Summons is attached hereto as **Exhibit 2**.

3.     This action is properly removed to federal court under federal question jurisdiction because Plaintiff's Complaint contains claims which arise under federal law, specifically, 42 U.S.C. §1981. *See* 28 U.S.C. § 1441.

4.     This Notice of Removal is being filed thirty (32) days of receipt of any pleading setting forth the claim for relief upon which the action is based. Specifically, Defendant was served with the Summons and Complaint on January 17, 2025. 30 days from January 17, 2025 is Sunday, February 16, 2025, a non-judicial day. Monday, February 17, 2025 is Washington's Birthday and a recognized legal holiday. FRCP 6(a)(6). Accordingly, pursuant to FRCP 6(a)(1) and 6(a)(3)(A), the deadline to file the Notice of Removal moves to Tuesday, February 18, 2025, the next day which is not a Saturday, Sunday, or legal holiday. *See Lewis v. Bear Stearns Residential Mortg. Corp.*, No. 2:23-cv-1010-KJN PS, 2023 U.S. Dist. LEXIS 139323, at *3-5 (E.D. Cal. Aug. 9, 2023). therefore, timely under 28 U.S.C. § 1446(b).

5.     This action is a civil action of which this Court has original jurisdiction under 28 U.S.C. § 1331, and is one which may be removed to this court pursuant to the provisions of 28 U.S.C. § 1441(a), in that it is a civil action arising under the Constitution, laws, or treaties of the United States. Specifically, Plaintiff alleges conduct in violation of 42 U.S.C. § 1981. *See* 28 U.S.C. § 1441.

6.     Any remaining state law claims are also properly removed pursuant to the Court's supplemental jurisdiction. 28 U.S.C. § 1367(a).

7.     A true and correct copy of this Notice of Removal is being filed this date with the Clerk of the Eighth Judicial District Court of the State of Nevada.

8.      Venue is proper in this Court as this is the court for the judicial district in which a substantial part of the events or omissions giving rise to the claim occurred. 28 U.S.C. § 1391.

WHEREFORE, Defendants pray that the above-referenced action now pending in the Eighth Judicial District Court of the State of Nevada in and for the County of Clark be removed therefrom to this Court.

Dated this 18th day of February, 2025.

JACKSON LEWIS P.C.


/s/ Amanda Patanaphan
JOSHUA A. SLIKER, ESQ.
Nevada Bar No. 12493
AMANDA PATANAPHAN, ESQ.
Nevada Bar No. 15080
300 S. Fourth Street, Suite 900
Las Vegas, Nevada 89101

*Attorneys for Defendant*
*JKG Fitness, Inc.*

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that I am an employee of Jackson Lewis P.C., and that on this 18th day of February, 2025, I caused to be served via the Court's CM/ECF Filing, a true and correct copy of the above foregoing **NOTICE TO FEDERAL COURT OF REMOVAL OF CIVIL ACTION FROM STATE COURT** properly addressed to the following:

James D. Urrutia, Esq. (NBN 12885)
THE LJU LAW FIRM
7575 Vegas Drive, Suite 100
Las Vegas, Nevada 89128

*Attorney for Plaintiff*

/s/ Kimberley Chapman
Employee of Jackson Lewis P.C.

Jackson Lewis P.C.
Las Vegas

4