# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| JEROME JIBREEL WRIGHT, II,<br><br>　　　Plaintiff,<br><br>v.<br><br>JKG FITNESS INC.,<br><br>　　　Defendant. | Case No. 2:25-cv-00321-MMD-DJA<br><br>**Order** |

The undersigned set an Early Neutral Evaluation ("ENE") for May 6, 2025. Docket No. 8. On April 22, 2025, the parties submitted a notice stating that they believed holding the ENE would be futile. Docket No. 20 at 2. Accordingly, the ENE is **VACATED**. The Clerk's Office is **INSTRUCTED** to remove the ENE flag from the case and remove the undersigned as the settlement judge.

　　　IT IS SO ORDERED.

　　　Dated: April 23, 2025

　　　　　　　　　　　　　　　　　　　　　　　　　　　　＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿
　　　　　　　　　　　　　　　　　　　　　　　　　　　　Nancy J. Koppe
　　　　　　　　　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge