AMANDA PATANAPHAN, ESQ.
Nevada Bar No. 15080
**JACKSON LEWIS P.C.**
300 S. Fourth Street, Suite 900
Las Vegas, Nevada 89101
Telephone: (702) 921-2460
Facsimile: (702) 921-2461
Email: amanda.patanaphan@jacksonlewis.com

J. MELISSA WOODS, ESQ. (Admitted *Pro Hac Vice*)
North Carolina Bar No. 21313
**JACKSON LEWIS P.C.**
200 South College Street, Suite 1550
Charlotte, North Carolina 28202
Telephone: (980) 465-7250
Email: melissa.woods@jacksonlewis.com

*Attorney for Defendant*
*JKG Fitness, Inc.*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| JEROME JIBREEL WRIGHT, II,<br><br>Plaintiff,<br><br>vs.<br><br>JKG FITNESS, INC. dba PLANET FITNESS, a Nevada limited liability company; Unknown Male Sales Employee of PLANET FITNESS; Unknown Female Manager of PLANET FITNESS; DOE INDIVIDUALS 1 through 10; ROE CORPORATIONS 1 through 10; inclusive,<br><br>Defendants. | Case No.: 2:25-cv-00321-MMD-DJA<br><br>**ORDER GRANTING STIPULATION FOR DISMISSAL WITH PREJUDICE** |

Plaintiff Jerome Jibreel Wright II ("Plaintiff"), through his counsel, LJU Law Firm, and Defendant JKG Fitness, Inc. ("Defendant"), through its counsel Jackson Lewis P.C., hereby stipulate to the Dismissal With Prejudice of this action, including all claims herein against all parties, with

each party to bear its own attorneys' fees and costs.

Dated this 2nd  day of September, 2025.

LJU LAW FIRM

/s/      *James Urrutia, Esq.*
James D. Urrutia, Esq., NBN 12885
7575 Vegas Drive, Suite 100
Las Vegas, NV 89128

*Attorney for Plaintiff*

JACKSON LEWIS P.C.

*/s/ Amanda Patanaphan, Esq.*
Amanda Patanaphan, Esq. NBN 15080
300 S. Fourth Street, Suite 900
Las Vegas, Nevada 89101

J. Melissa Woods, Esq., NCBN 21313
(*Pro Hac Vice*)
200 South College Street, Suite 1550
Charlotte, North Carolina 28202

*Attorneys for Defendant*

**ORDER**

IT IS SO ORDERED:

United States District Court Judge/

DATED: September 3, 2025

4908-8696-4581, v. 1